IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOY MM DELAWARE, INC. and
JOY TECHNOLOGIES, INC.,
(d/b/a/ JOY MINING MACHINERY),

Case No. 2:09-CV-01415

    Plaintiffs,

vs.

CINCINNATI MINE MACHINERY, CO.,

    Defendant.

## ORDER OF COURT

AND NOW, this __10th__ day of November, 2011, upon consideration of the Joint Motion to File Pretrial Narrative Reports Under Seal, IT IS HEREBY ORDERED that said Motion in is GRANTED and this Court's May 27, 2011 Order (Doc. No. 49) is modified as follows:

    The parties may file their expert reports and accompanying exhibits, submitted with their Pretrial Narratives, under seal.

    IT IS FURTHER ORDERED that this Court's May 27, 2011 Order is further modified in that plaintiff's Pretrial Statement shall be due December 1, 2011 and defendant's Pretrial Statement shall be due December 22, 2011.

_____
The Honorable Gary L. Lancaster
United States District Judge