## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

JOY MM DELAWARE INC. and )
JOY TECHNOLOGIES INC. )
)
        Plaintiffs, )
                       ) Civil Action No. 2:09-cv-01415-GLL
    v. )
)
CINCINNATI MINE MACHINERY CO. )
)
        Defendant. )

## ORDER

This matter is pending before the Court on a Joint Motion for Stipulation of

Dismissal.

Now, on considering the moving papers, and due deliberation having been

had, it is ORDERED and ADJUDGED that this Motion is GRANTED.

United States District Judge

Dated: 12/21/12

1