IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOY MM DELAWARE INC. and<br>JOY TECHNOLOGIES INC.<br><br>Plaintiffs,<br><br>v.<br><br>CINCINNATI MINE MACHINERY CO.<br><br>Defendant. | Civil Action No. 2:09-cv-01415-GLL |

## ORDER

This matter is pending before the Court on a Joint Motion for Stipulation of Dismissal.

Now, on considering the moving papers, and due deliberation having been had, it is ORDERED and ADJUDGED that this Motion is GRANTED.

_____
United States District Judge

Dated: 12/21/12

1